UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:09-cr-303-JCM-VCF |
| ERIC LEON CHRISTIAN, | ) | |
| Defendant. | ) | **ORDER** |

On October 18, 2011, the Court sua sponte ordered that Gary Myers, Esq. be relieved as counsel and that a new CJA panel attorney be appointed forthwith. (#93) Therefore;

IT IS HEREBY ORDERED that Jess R. Marchese, Esq. is appointed as counsel for Eric Leon Christian in place of Gary Myers, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Myers shall forward the file to Mr. Marchese forthwith.

DATED this 19th day of October, 2011.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE